**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  : No. 175 WAL 2014
:
           Respondent       : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
         v.           :
:
:
:
MICHAEL HILLARD,         :
:
           Petitioner       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of August, 2014, the Petition for Allowance of Appeal is

**DENIED**.